IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Luczak, Robert | Case Number: 07 B 15649 |
| Luczak, Carol | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 8/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: January 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,001.63 | |
| Secured: | | 3,179.63 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,873.00 |
| Trustee Fee: | | 372.00 |
| Other Funds: | | 577.00 |
| Totals: | 7,001.63 | 7,001.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 2,873.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Personal Finance Company | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 25,071.25 | 3,179.63 |
| 5. | Creditors Discount & Audit Co | Unsecured | 983.00 | 0.00 |
| 6. | Nicor Gas | Unsecured | 1,521.26 | 0.00 |
| 7. | Midwest Physician Group | Unsecured | 1,295.72 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 591.15 | 0.00 |
| 9. | Capital One | Unsecured | 1,605.91 | 0.00 |
| 10. | Personal Finance Company | Unsecured | 1,985.94 | 0.00 |
| 11. | St James & St Margaret Mercy | Unsecured | 5,920.40 | 0.00 |
| 12. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 13. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 14. | Creditors Collection Service | Unsecured | | No Claim Filed |
| 15. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 18. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 23. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 25. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Luczak, Robert | Case Number: 07 B 15649 |
|---|---|---|
| | Luczak, Carol | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 8/28/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | RMI/MCSI | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 30. | RMI/MCSI | Unsecured | | No Claim Filed |
| 31. | Allied Interstate | Unsecured | | No Claim Filed |
| 32. | St Margaret Hospital | Unsecured | | No Claim Filed |
| | | | $ 41,847.63 | $ 6,052.63 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 223.89 |
| 6.5% | 148.11 |
| | $ 372.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

